*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PETER M. MORAIS, as Next Friend for SGM,

        Plaintiff-Appellant,

v

JAMES ROBERT DAVID WHITEFORD and
HALEY YVONNE WHITEFORD, also known as
HALEY YVONNE QUERRO,

        Defendants-Appellees.

UNPUBLISHED
July 10, 2025
2:21 PM

No. 370920
Oakland Circuit Court
LC No. 2023-198092-NI

Before: MALDONADO, P.J., and M. J. KELLY and RIORDAN, JJ.

M. J. KELLY, J. (*concurring*).

    I concur in result only.

                        /s/ Michael J. Kelly